THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant, v.* THE VILLAGE OF FISHKILL LANDING, *Respondent.*—Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

LOUIS C. GILLESPIE, *Respondent, v.* THE NEW YORK CITY AND NORTHERN RAILROAD COMPANY, *Appellant.*— Judgment and order confirming award of arbitrators affirmed, with costs. Opinion by CULLEN, J.; DYKMAN, J., not sitting.

FRANK J. MILLS and others, *Respondents, v.* N. HOLMES ODELL and others, *Appellants.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

HANNAH LAZEAR, *Appellant, v.* MARTHA ANN SLY, *Respondent.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JOHN H. BROOKS, *Respondent, v.* JOHN BALDWIN, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

BEVERLY HAIGHT and SUSAN A. HAIGHT, *Respondents, v.* THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

PETER H. WALSH, *Appellant, v.* JOHN E. WALSH and ROBERT E. WALSH, *Respondents.*— Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

JOHN F. TALLMADGE, *Respondent, v.* THE THIRD NATIONAL BANK OF THE CITY OF NEW YORK, *Appellant.*—Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

MICHAEL MULRY, *Respondent, v.* JOHN L. C. NORTON, *Appellant.*— Reargument ordered.